AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| Inspired Pursuits, LLC<br>Qualtim, Inc.<br>DrJ Engineering, LLC<br><br>*Plaintiff(s)*<br>v.<br>Paragon Component Systems, LLC<br>Clearspan Components, Inc.<br>John Holland, et all.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   See attached list of all defendants and last known addresses.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mayville La Rosa
> 200 E. Verona Ave., PMB 5003
> Verona, WI 53593

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Complete List of All Defendants and last known addresses**

Paragon Component Systems, LLC
200 West Mlk Boulevard Ste 1000 PMB 0196
Chattanooga, TN 37402

Clearspan Component Systems, LLC
Registered Agent: Corporation Service Company
109 Executive Drive Suite 3
Madison, MS 39110

John Holland
302 Mcfarland Rd
Lookout Mountain, GA 30750

James Holland
880 Daleville Prismatic Road
Daleville, MS 39326

Andrew Ewin
1815 Walker St
Chattanooga, TN 37404-1322

David Reed
3911 Howard Ave
Chattanooga, TN 37411

Scott Hoelsema
1607 Mulberry St
Chattanooga, TN 37404-5137

Seth Duncan
5 Brockhaven Rd
Chattanooga, TN 37404

Michael Pitts
185 Montag Cir, NE, Unit 208
Atlanta, GA 30307

Avery Radmacher
107 Century Dr
Rossville, GA 30741

Nathan Bierema
3209 Parkwood Ave
Richmond, VA 23221

Jeremy Bierema
34 International Ave
Piscataway, NJ  08854

Rob Eason
11058 Highway 39
Daleville, MS 39326