## UNITED STATES DISTRICT COURT
for the Western District of Wisconsin

| | |
|---|---|
| Inspired Pursuits, LLC ) | |
| Qualtim, Inc. ) | |
| DrJ Engineering, LLC ) | Civil Action No. 3:24-cv-00745-wmc |
| ) | |
| v. ) | |
| ) | |
| Paragon Component Systems, et al ) | |

**NOTICE OF CORRECTION ON CIVIL COVER SHEET**

*Notice of correction on Civil Cover Sheet.* The nature of this suit is under code 190 *Other Contract*: Action primarily based on rights and obligations under a contract not classifiable elsewhere under the specific nature of suit under "Contract." Although there is intellectual property at issue, it is regarding trade secrets and there is no filing with the U.S. Copyright Office. The box regarding Copyright action was inadvertently checked.

Date: November 1, 2024

Mayville La Rosa
*Attorney for Plaintiffs*
WI Bar# 1119613
200 Verona Ave #5003
Verona, WI 53593
Phone: (608) 800-7353
E-mail: mlarosa@kfinnovations.com