IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

INSPIRED PURSUITS, LLC, et al.,

      Plaintiffs,

  v.                                Case No. 24-CV-745

PARAGON COMPONENT SYTEMS, LLC, et al.,

      Defendants.
_____

**VOLUNTARY DISMISSAL IN ORDER TO FILE FOR APPROPRIATE RELIEF IN THE SIXTH DISTRICT OF TENNESSEE WHERE THERE IS AN EXISTING CASE**
_____

      Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiffs voluntary dismisses civil case 24-CV-745. The Plaintiffs will file for appropriate relief at the U.S. Eastern District Court of Tennessee in relation to case number 1:24-CV-00246-CEA-CHS.

Submitted on December 23, 2024.

                          *Attorney for Plaintiffs*

                          s/ *Mayville La Rosa*
                          Mayville La Rosa, SBN 1119613
                          mlarosa@kfinnovations.com
                          200 Verona Ave., 5003
                          Verona, WI  53593
                          Phone:  608-800-7353